**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In the Matter of:
  PETER DEMARCO                                    Case No. 17-51964
                                                   Judge Charles Caldwell
                                                   Chapter 13
    Debtor(s)

### Notice of Withdrawal of Debtor's Objection to PROOF OF CLAIM FILED BY EMC MORTGAGE LLC  (Doc. No. 40)

  Debtor Peter DeMarco, through Counsel, hereby withdraws his objection to the Proof of Claim No. 40 filed by EMC Mortgage LLC


Date: November 24th, 2017                     Respectfully submitted,

                                              /s/ Brian D. Flick, Esq.
                                              Brian D. Flick, Esq. #0081605
                                              DannLaw
                                              PO Box 6031040
                                              Cleveland, OH 44113
                                              (513) 645-3488
                                              (216) 373-0536 e-fax
                                              bflick@dannlaw.com
                                              *Attorney for Debtor*

### CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing *Withdrawal of Debtor's Objection to Claim* was served (i) electronically on the date of filing through the Court's ECF system on all ECF participants registered in this case and (ii) by ordinary US Mail on the 26th day of September 2017 addressed to:

Peter DeMarco
950 Augusta Glen Drive
Columbus, OH 43235

                                              /s/ Brian D. Flick, Esq.
                                              Brian D. Flick, Esq. #0081605
                                              *Attorney for Debtor*