**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                              Case No. 17-51964

Peter DeMarco                                       Chapter 13

          Debtor.                              Hon. Charles Caldwell

**APPLICATION FOR ATTORNEY FEES PURSUANT TO L.B.R. 2016-1(b)(2)(C)**

    Debtor's Counsel Brian D. Flick, Esq. hereby makes this Initial Application for Attorney Fees Pursuant to L.B.R. 2016-1(b)(2)(C). Pursuant to L.B.R. 2016-1(b)(2)(C) Debtor's Counsel who chooses to opt-out of the "no look" fee pursuant to L.B.R. 2016-1(b)(2)(A) shall file their initial application for attorney fees within sixty (60) days of confirmation.

    In support of the Application, Debtor's Counsel hereby states the following:

a. Legal Services Provided: All services rendered through Confirmation of Debtor's Chapter 13 Plan
b. Result of Services: Debtor's Plan confirmed August 28, 2017.
c. Time Spent:    Attorney Time:
        Marc E. Dann (MD) 0.20 hrs. @ $395.00/hr. = $79.00
        Brian D. Flick (BF) 18.8 hrs. @ $325.00/hr. = $7,018.98
        Emily White (EW) 1.3 hrs. @ $325.00/hr. = $422.50
    Law Clerk Time
        Whitney Horton (WH) 0.50 hrs. @ $175.00/hr. = $87.50
    Paralegal Time:
        Senior Paralegal (SP) 1.35 hrs. @ $150.00/hr. = $202.50
        Junior Paralegal (JP) 2.30 hrs. @ $125.00/hr. = $287.50

| Date | Service | Time |
|---|---|---|
| 3/29/2017 | Initial phone call with client | 0.15 (BF) |
| 3/30/2017 | Phone call with client re: filing timeline and automatic stay issues | 0.30 (BF) |
| 3/30/2017 | Email with client for docs needed to complete petition | 0.10 (SP) |
| 3/30/2017 | Prepare motion to extend stay & affidavit | 1.00 (BF) |
| 3/30/2017 | File prep | 0.10 (SP) |
| 3/30/2017 | Internet research for judgment liens etc. | 0.50 (SP) |

| Date | Description | Time |
|---|---|---|
| 3/31/2017 | Meeting with client to review skeleton petition and review file for remainder of docs needed to complete schedules | 2.00 (BF) |
| 4/3/2017 | Prepared support for motion to extend stay | 0.30 (BF) |
| 4/10/2017 | Prepared remainder of petition and plan, emailed with client | 2.00 (BF) |
| 4/11/2017 | Email exchanges with client for docs needed | 0.50 (WH) |
| 4/11/2017 | Docketing | 0.10 (SP) |
| 4/11/2017 | 341 letter to client, reminder of debtor ed to client | 0.20 (SP) |
| 4/11/2017 | Upload docs to Trustee | 0.10 (SP) |
| 4/14/2017 | Meeting with client to finish schedules | 1.75 (BF) |
| 4/25/2017 | Efiling continuance, emails with client | 0.30 (BF) |
| 4/25/2017 | Upload order for motion extend stay | 0.15 (BF) |
| 4/25/2017 | Review IRS POC, compare with plan | 0.25 (BF) |
| 4/28/2017 | Phone call with client to discuss new hearing date | 0.15 (BF) |
| 5/12/2017 | Phone call with client to discuss mortgage objection | 0.15 (BF) |
| 5/22/2017 | Received and uploaded Debtor's taxes | 0.25 (BF) |
| 5/28/2017 | Letter to client, Debtor Ed reminder | 0.25 (SP) |
| 6/2/2017 | Reviewed and approved Rushmore Agreed Order | 0.15 (BF) |
| 6/2/2017 | Reviewed Columbus Tax POC | 0.15 (BF) |
| 6/6/2017 | Prepared file for 341 | 0.50 (BF) |
| 6/8/2017 | Attended 341, meeting with Debtor pre- and post-hearing | 1.00 (BF) |
| 6/14/2017 | Email with Trustee and Debtor re: business docs | 0.30 (BF) |
| 6/16/2017 | Phone call with Marc and Debtor re: business docs | 0.30 (BF) |
| 6/26/2017 | Email to Debtor re: business docs | 0.15 (BF) |
| 7/5/2017 | Meeting with Debtor to discuss case issues | 1.25 (BF) |
| 7/6/2017 | Prepare amended plan & schedules, email with Trustee, phone call with Trustee re: business issues | 1.00 (BF) |
| 7/10/2017 | Court appearance - pre-hearing | 0.40 (BF) |
| 7/11/2017 | Uploaded docs to Trustee | 0.25 (BF) |
| 7/20/2017 | Review docs - strategize re: Trustee disclosure | 0.20 (MD) |

| Date | Description | Hours |
|---|---|---|
| 7/25/2017 | Emails with staff attorney to set business meeting, emails with client, review file | 0.30 (BF) |
| 7/31/2017 | Review revised Rushmore POC | 0.75 (BF) |
| 8/1/2017 | Email to Debtor re: business meeting | 0.15 (BF) |
| 8/11/2017 | Phone call with Debtor to prepare for business meeting | 0.25 (BF) |
| 8/14/2017 | Prep file for business meeting | 0.30 (BF) |
| 8/15/2017 | Court appearance - attend business meeting | 1.25 (BF) |
| 8/24/2017 | E-filing | 0.10 (JP) |
| 8/25/2017 | E-filing | 0.50 (JP) |
| 8/28/2017 | Hearing Prep | 0.30 (EW) |
| 8/28/2017 | Court appearance - confirmation | 0.80 (EW) |
| 8/28/2017 | Emails with Brian re: hearing | 0.20 (EW) |
| 8/29/2017 | Detailed email to client with notes from hearing | 0.25 (BF) |
| 8/31/2017 | Reviewed Trustee objection, email to client | 0.15 (BF) |
| 9/6/2017 | Amending schedules | 0.30 (JP) |
| 9/6/2017 | Review amended schedules, gave OK to file | 0.15 (BF) |
| 9/7/2017 | Filing amended schedules | 0.40 (JP) |
| 9/7/2017 | Phone call with Debtor to discuss case | 0.15 (BF) |
| 9/13/2017 | Phone calls with IRS re: POC | 0.20 (JP) |
| 9/13/2017 | Review Rushmore objection | 0.15 (BF) |
| 9/14/2017 | Review scheduling order | 0.15 (BF) |
| 9/15/2017 | Review email from staff attorney and modified plan | 0.25 (BF) |
| 9/15/2017 | E-filing 3rd amended plan | 0.20 (JP) |
| 9/20/2017 | Phone call with Debtor re: pleadings | 0.25 (BF) |
| 9/26/2017 | Drafting withdrawal of objection to IRS POC | 0.20 (JP) |
| 9/26/2017 | E-filing withdrawal of objection to IRS POC | 0.20 (JP) |
| 10/12/2017 | Uploading docs to Drive | 0.20 (JP) |

a. A copy of the retainer agreement disclosing Debtor Counsel's hourly fees and the option to seek hourly fees is attached as Exhibit A to this Application.
b. As disclosed in the Counsel's Application for Compensation, Debtors paid Counsel $6,500.00 in attorney fees pre-petition. (Doc. No. 1) of which $6,150.00 were pre-petition attorney fees, $310.00 were paid for court costs and the remaining $40.00 went for pre-petition and post-petition credit counseling expenses.
c. No previous application for services has been made for the services for which the

      application is made;

d. Debtor(s)' Counsel hereby requests $1947.98 and has been paid $0.00 to date by the Chapter 13 Trustee.

WHEREFORE, Debtor's Counsel requests fees in the amount of $1,947.98.

                                            Respectfully Submitted,

Date:  12/8/2017                         /s/ Brian D. Flick, Esq.
                                            Brian Flick (0081605)
                                            Marc E. Dann (0039425)
                                            DannLaw
                                            PO Box 6031040
                                            Cleveland, OH 44103
                                            216/373-0539
                                            216/373-0536 - fax
                                            notices@dannlaw.com
                                            Attorneys for Debtor

## NOTICE OF APPLICATION FOR COMPENSATION

The Debtor has filed an Application for Compensation.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection,** you or your attorney must file with the court a response explaining your position by mailing your response by regular US Mail to US Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215 2 OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the date above.

You must also mail a copy of your response either by 1) the court's ECF System or by 2) regular US Mail to:

| | |
|---|---|
| DANNLAW<br>PO Box 6031040<br>Cleveland, OH 44113 | FRANK M. PEES, CHAPTER 13 TRUSTEE<br>130 E. Wilson Bridge Road, Suite 200<br>Columbus, OH 43065 |
| OFFICE OF THE US TRUSTEE<br>170 N. High Street<br>Columbus, OH 43215-2403 | |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

Date: December 8, 2017               /s/Brian D. Flick, Esq.
                                      Brian D. Flick, Esq.
                                      *Attorney for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Application for Compensation* was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on December 8, 2017 addressed to:

Peter DeMarco
950 Augusta Glen Dr.
Columbus OH 43235

OSU Veterinary Hospital
Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016

All creditors on the attached matrix

/s/ Brian D. Flick, Esq.
Brian D. Flick, Esq.
DannLaw